USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED:_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Fastfreight Pte Ltd Singapore
-v-

Praxis Energy Agents Pte. Ltd.

**CERTIFICATE OF MAILING**

Case No.: __20-cv-90__ ( ER )

I hereby certify under the penalties of perjury that on the __10th__ day of __January__, 2020, I served: __Praxis Energy Agents Pte Ltd. Attn: Gary Lim, Trading Manager at 300 Beach Road, The Concourse Suite 10-01, Singapore 199555__

☒ the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐ the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☐ the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

__1__ copy of the __Complaint and Summons__
by __Fedex # 8143 4629 8996__ .

Dated: New York, New York
January 10, 2020

RUBY J. KRAJICK
CLERK OF COURT

/s/ Shanee Mcleod

Shanee Mcleod
Deputy Clerk

# FedEx Expanded Service International Air Waybill

For FedEx services worldwide.
Not all services and options are available to all destinations.

**1 From** *Please print and press hard.*

- Date: 01/08/2020
- Sender's FedEx Account Number: 3719-1654-7
- Sender's Name: Karla Gage
- Phone: (203)256-8600
- Company: Lennon, Murphy & Phillips, LLC
- Address: 420 Lexington Ave., Suite 300
- City: New York
- State/Province: NY
- Country: USA
- ZIP/Postal Code: 10170
- Email Address: KMG@LMPLAW.NET
- Internal Billing Reference: 4659

**2 To**

- Recipient's Name:
- Company: Praxis Energy Agents Pte. Ltd.
- Address: 300 Beach Road
- Address: The Concourse, Suite 10-01
- City:
- Country: Singapore
- ZIP/Postal Code: 199555

**3 Shipment Information**

FedEx Tracking Number: 8143 4629 8996

**4a Express Package Service**
- [X] FedEx Intl. Priority

**5 Packaging**
- [X] FedEx Envelope

**6a Special Handling and Delivery Signature Options**
- [X] No (dangerous goods)

**7 Payment**
- [X] Sender Acct. No. in Section 1 will be billed.