UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| FASTFREIGHT PTE LTD. SINGAPORE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | 20-CV-0090 (ER) |
| | : | |
| PRAXIS ENERGY AGENTS PTE LTD., | : | |
| | : | |
| Defendant | : | |

## PROOF OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), the Plaintiff hereby makes proof of service to the Court. Plaintiffs attach hereto as Exhibit 1 a true and accurate copy of the Federal Express delivery confirmation page from January 23, 2020, attesting that service of the Verified Complaint was made upon Defendant Praxis Energy Agents Pte Ltd., 300 Beach Road, The Concourse, Suite 10-01, Singapore, 199555, by the Clerk of the Court, and was signed for receipt.

Dated:  January 27, 2020

FASTFREIGHT PTE LTD. SINGAPORE

By: _____
Patrick F. Lennon, Esq.
LENNON, MURPHY & PHILLIPS, LLC
The GrayBar Building
420 Lexington Ave., Ste. 300
New York, NY 10170
Tel. (212) 490-6050
Fax (212) 490-6070
pfl@lmplaw.net

# Exhibit 1

# Exhibit 1



814346298996

# Delivered
## Monday 1/13/2020 at 11:57 am

**DELIVERED**

Signed for by: J.JOLIN

GET STATUS UPDATES

OBTAIN PROOF OF DELIVERY

| FROM | TO |
|---|---|
| NEW YORK US | SIN SG |

## Shipment Facts

| TRACKING NUMBER | SERVICE | WEIGHT |
|---|---|---|
| 814346298996 | International Priority | 0.5 lbs / 0.23 kgs |

| DELIVERY ATTEMPTS | DELIVERED TO | TOTAL PIECES |
|---|---|---|
| 1 | Receptionist/Front Desk | 1 |

| TOTAL SHIPMENT WEIGHT | TERMS | SHIPPER REFERENCE |
|---|---|---|
| 0.5 lbs / 0.23 kgs | Shipper | 4659 |

| PACKAGING | SPECIAL HANDLING SECTION | STANDARD TRANSIT |
|---|---|---|
| FedEx Envelope | Deliver Weekday | 1/13/2020 by 12:00 pm |

| SHIP DATE | ACTUAL DELIVERY | |
|---|---|---|
| Fri 1/10/2020 | Mon 1/13/2020 11:57 am | |

## Travel History

Local Scan Time

**Monday, 1/13/2020**

| 11:57 am | SIN SG | Delivered |
| 8:20 am | SINGAPORE SG | On FedEx vehicle for delivery |

| 6:39 am | SINGAPORE SG | In transit |
| | | Package available for clearance |
| 6:39 am | SINGAPORE SG | International shipment release - Import |
| 6:39 am | SINGAPORE SG | At local FedEx facility |
| 2:51 am | SINGAPORE SG | At destination sort facility |

Saturday , 1/11/2020

| 7:07 am | MEMPHIS, TN | Departed FedEx location |
| 5:55 am | MEMPHIS, TN | In transit |
| 12:57 am | MEMPHIS, TN | Arrived at FedEx location |

Friday , 1/10/2020

| 11:14 pm | NEWARK, NJ | Departed FedEx location |
| 9:47 pm | NEWARK, NJ | Arrived at FedEx location |
| 9:15 pm | NEW YORK, NY | Left FedEx origin facility |
| 8:24 pm | NEW YORK, NY | Picked up |

## Request Proof of Delivery  ✕

For detailed proof of delivery, enter the 9-digit shipper or payer FedEx account number associated with this shipment.

| TRACKING NO. OR NICKNAME | DESTINATION | SIGNATURE IMAGE | ACCOUNT NUMBER |
|---|---|---|---|
| 814346298996 | SIN | Yes | ACCOUNT NUMBER<br>3719-1654-7 |

View/print letter  ⌄

**SUBMIT**